UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------
BHOWAN ACHAIBAR,

                Plaintiff,

                -against-

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendants.
-----------------------------------------------

19cv2268

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties having appeared for a status conference on April 20, 2021, this Court adjourns the trial scheduled to begin on May 4, 2021 on the consent of the parties.  The trial is tentatively rescheduled to August 9, 2021.  This Court will contact counsel when a master calendar for August has been established by the Clerk of Court.

        The parties shall submit a joint request to charge and any voir dire unique to this case by May 28, 2021.

Dated: April 20, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.