UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BHOWAN ACHAIBAR, :
:
                Plaintiff, :
: 19 Civ. 2268 (JPC)
   -v- :
: ORDER
PORT AUTHORITY TRANS HUDSON CORP., :
:
                Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For reasons described at the July 1, 2021 conference, Defendant's motion *in limine* concerning Michael Torrillo's testimony, Dkt. 27, is denied.

      The parties are directed to appear before the undersigned for a Final Pretrial Conference on July 26, 2021, at 12:00 p.m. The Court will hold the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      The Clerk of Court is respectfully directed to close the motion pending on Docket Number 27.

      SO ORDERED.

Dated: July 1, 2021                                _____
      New York, New York                         JOHN P. CRONAN
                                                     United States District Judge