```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BHOWAN ACHAIBAR,                                                 :
                                                                 :
                            Plaintiff,                           :
                                                                 :     19 Civ. 2268 (JPC)
               -v-                                               :
                                                                 :          ORDER
PORT AUTHORITY TRANS HUDSON CORP.,                               :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The date for the start of the trial in this case is adjourned from August 9, 2021, to August 10, 2021. Counsel are directed to appear in Courtroom 24A of the Daniel Patrick Moynihan United States Courthouse at 9:30 a.m. on August 10, 2021 for a conference before the start of voir dire. The Court intends to conduct the trial from 10:00 a.m. to 4:30 p.m. For the duration of the trial, counsel must appear for a conference in Courtroom 24A, at 9:30 a.m., to discuss any issues that might arise during that trial day.

      SO ORDERED.

Dated: August 4, 2021
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge