UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                  :

BHOWAN ACHAIBAR,             :

            Plaintiff,     :

                  :         19 Civ. 2268 (JPC)

       -v-           :

                  :         <u>JUDGMENT</u>

PORT AUTHORITY TRANS HUDSON CORP.,  :

           Defendant.   :

                  :
------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      After a jury trial before the Honorable John P. Cronan, United States District Judge, a jury rendered a verdict in favor of Plaintiff Bhowan Achaibar against Defendant Port Authority Trans Hudson Corp. in the amount of $1,000,000 for past pain and suffering and $1,250,000 for future pain and suffering.  The jury further found Defendant 100% at fault.

      The parties have stipulated that Defendant claims liens of $176,288.73 for past medical expenses spent on Plaintiff's behalf and $69,691.20 for past wages paid to Plaintiff, in connection with the injuries at issue in this case.  The parties further have stipulated that these claimed lien amounts be added to any verdict rendered in favor of Plaintiff.  Plaintiff's total verdict is therefore $2,495,979.93.  The parties further have stipulated that Defendant's liens are to be deducted from the total verdict on a dollar-for-dollar basis.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED:** That judgment is entered in favor of Plaintiff Bhowan Achaibar as against Defendant Port Authority Trans Hudson Corp. for the total sum of $2,250,000.

SO ORDERED.

Dated: August 17, 2021
New York, New York

JOHN P. CRONAN
United States District Judge